Nathan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,                :

        Plaintiff,              :

   -against-                            :       12 Civ. 4510(AJN)

JOHN DOE NOS. 1-21,                     :

        Defendants.             :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 06 2012

VOLUNTARY DISMISSAL OF CLAIMS

John Wiley & Sons, Inc. hereby dismisses all claims against defendants John Doe Nos. 1-21 asserted in this action without prejudice and without costs.

Dated: New York, New York
       November 29, 2012

                DUNNEGAN & SCILEPPI LLC

                By _Will Dunnegan_____
                William Dunnegan (WD9306)
                wd@dunnegan.com
                Benjamin Liebowitz (BL1723)
                bl@dunnegan.com
                Attorneys for Plaintiff
                  John Wiley & Sons, Inc.
                350 Fifth Avenue
                New York, New York 10118
                (212) 332-8300

SO ORDERED. 12/6/12

_[signature]_
U.S.D.J.